CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2016

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| TONY DONNELL GRANDISON, ) | Civil Action No. 7:15-cv-00424 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| J.A. KELLY, et al., ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for partial summary judgment is **GRANTED**; Warden Fleming is **TERMINATED** as a defendant; and the Clerk **SHALL** set this matter for a jury trial in the Big Stone Gap Division.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 27th day of May, 2016.

/s/ Michael F. Urbanski
United States District Judge